REUTHER, Appellant, v. FASSNACHT, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Mary C. Reuther against Adolph Fassnacht. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

REYNOLDS, Respondent, v. IRELAND, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Dora Reynolds against John B. Ireland. P. L. Klock, for appellant. C. I. Engel, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RICKER et al. v. GERMAN ALLIANCE INS. CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Edward L. Ricker and others against the German Alliance Insurance Company and another. No opinion. Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs.

RIKER, Appellant, v. COMFORT, Respondent. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Elizabeth C. Riker against Harvey D. Comfort. No opinion. Motion denied, on condition that the plaintiff place her cause upon the calendar for the next term of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

RIKER v. NICHOLAS et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Samuel Riker against George Nicholas, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROCHE, Respondent, v. CHARLES LEHMAN–CHARLEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Edward Roche against Charles Lehman-Charley, impleaded with others. J. G. Jackson, for appellant. W. C. Flanders, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RODGERS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by John C. Rodgers against the City of New York. C. Mellen, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RODGERS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by John C. Rodgers against the City of New York. C. Mellen, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, supra.

ROSENBLATT v. FORD LEATHER CO. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Appeal from Special Term, New York County. Action by Benjamin H. Rosenblatt against the Ford Leather Company. From an order vacating an attachment, plaintiff appeals. Reversed, and the attachment reinstated. Walter M. Rosebault, for appellant. Walter S. Heilborn, for respondent.

PER CURIAM. We think the evidence was sufficient to give the court jurisdiction to determine whether or not the defendant was a foreign corporation; and as that was the only objection taken to the sufficiency of the papers upon which the attachment was granted, the order appealed from should be reversed, with $10 costs and disbursements, and the attachment reinstated.

McLAUGHLIN and SCOTT, JJ., dissent.

In re ROSENTHAL. (Supreme Court, Appellate Division, First Department. April 22, 1910.) In the matter of Mendel Rosenthal, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., dissents.

ROSSKAM et al., Appellants, v. HEDERMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Isaac Rosskam and others against John Hederman and another. No opinion. Order affirmed, with $10 costs and disbursements.

ROTH, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Regina Roth against the Crosstown Street Railway Company of Buffalo. No opinion. Judgment and order affirmed, with costs.

ROY, Respondent, v. FLAXMAN et al., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Letitia Roy against Louis Flaxman and another. No opinion. Judgment affirmed, with costs.

RUSSELL, Respondent, v. LAUTZ CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Henry J. Russell against the Lautz Company. W. R. Daniels, for appellant. G. W. Files, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Brick v. Shaff, 128 App. Div. 264, 112 N. Y. Supp. 642. Order filed.

SABATH, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Jennie Sabath against the Interborough Rapid Transit Company. B. H. Ames, for appellant. Brande